Earl E. FORD, Claimant–Appellee,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellant.

No. 05–7123.

United States Court of Appeals, Federal Circuit.

April 5, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).